UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JAMAIL & SMITH CONSTRUCTION, LP,<br><br>    Plaintiff<br><br>v.<br><br>EVANSTON INSURANCE COMPANY,<br><br>    Defendant. | Case No. 4:17-CV-02589 |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

TO THE HONORBALE UNITED STATES DISTRICT JUDGE:

Plaintiff, Jamail & Smith Construction, LP ("J&S") and Defendant, Evanston Insurance Company ("Evanston") file this joint stipulation of dismissal without prejudice as follows:

1. J&S filed this action in state court for breach of contract and seeking a declaration that Evanston owes defense to J&S as an additional insured for the claims asserted in the underlying lawsuit styled: Cause No. 17-03-80747-A *TWPN North Realty LLC et al v. Jamail & smith Construction, LP et al* in the 24th District Court of Victoria County, Texas (the "Underlying Lawsuit"). Evanston removed the case to this court on August 23, 2017.

2. Evanston has now agreed to provide a defense to J&S for the Underlying Lawsuit, subject to a reservation of rights.

3. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the parties file this joint stipulation of dismissal. The dismissal is signed by all parties that have appeared in this case.

4. J&S has not previously dismissed any federal or state court actions based on or

including the same claims.  Thus, this stipulation of dismissal is without prejudice.

        Respectfully submitted,

/s/ Paul D. Sculley
Paul D. Sculley
Texas State Bar No. 24008006
MUNSCH HARDT KOPF & HARR, P.C.
700 Milam Street, Suite 2700
Houston, Texas 77002-2806
Direct 713.222.4045
Fax 713.222.5824
psculley@munsch.com
**Counsel for Plaintiff, JAMAIL & SMITH CONSTRUCTION, LP**

/s/ Cyrus W. Harralson
Cyrus Wayne Haralson
Texas State Bar No. 24065371
Nadia Gire
Texas State Bar No. 24076852
Thompson, Coe, Cousins & Irons, LLP
One Riverway, Suite 1400
Houston, TX 77056-1988
713-403-8210
Fax: 713-403-8299
Email: charalson@thompsoncoe.com
Email: ngire@thompsoncoe.com
**Counsel for Defendant, EVANSTON INSURANCE COMPANY**

2