Case 4:17-cv-02589   Document 9   Filed on 04/03/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 03, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMAIL & SMITH CONSTRUCTION, LP, § § Plaintiff, § VS. § EVANSTON INSURANCE COMPANY, § § Defendant. § | CIVIL ACTION NO. 4:17-CV-2589 |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Jamail & Smith Construction, LP and defendant, Evanston Insurance Company filed a joint stipulation of dismissal without prejudice (Dkt. No. 8) pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, this suit is DISMISSED without prejudice to re-filing.

It is so ORDERED.

SIGNED on this 3rd day of April, 2018.

_____
Kenneth M. Hoyt
United States District Judge